IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00507-REB-MEH

WILLIAM VINES, JR.,

      Plaintiff,

v.

GIOVE LAW OFFICE, P.C.,
FIRST AMERICAN INVESTMENT COMPANY, LLC,
JOHN LICATA, and
HARVEY DENIS,

      Defendants.

## ORDER STRIKING PROPOSED SCHEDULING ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 23, 2006.**

      This matter comes before the Court *sua sponte*. Plaintiff's counsel filed a Proposed Scheduling Order on June 19, 2006. This Scheduling Order indicates that Defendants are represented by counsel, Jason J. Cafarella, who participated in a Rule 26(f) meeting on May 16, 2006. However, Defendants' counsel has not entered an appearance in this case and has not answered the Complaint that was filed on March 22, 2006. In fact, the record does not reflect that service of process has even been accomplished. The Proposed Scheduling Order, although it appears to contain input from Defendants' counsel, is not signed by Defendants' counsel.

      Pursuant to D.C.COLO.LCivR 16.1.A, the Proposed Scheduling Order is to be prepared in accordance with the Instructions for Preparation of the Scheduling Order found in Appendix F of the Local Rules. The Instructions state that the proposed scheduling order "shall include the signatures of counsel and *pro se* parties . . . ." D.C.COLO.LCivR Appx F. The scheduling order tendered in this case does not include the signature of Defendants' counsel, even though Defendants' counsel apparently participated in the Rule 26(f) conference. The Court is also unable to ascertain from the record before it whether Defendants' counsel is admitted to practice in this District.

      Accordingly, it is hereby ORDERED that the Proposed Scheduling Order [Docket #5] be **stricken** for failure to comply with the Local Rules. Counsel is directed to file a Proposed Scheduling Order in compliance with the Local Rules and containing the signatures of all counsel in this case no later than June 30, 2006.