IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-00507-REB-MEH

WILLIAM VINES, JR.,

    Plaintiff,

v.

GIOVE LAW OFFICE, P.C.,
FIRST AMERICAN INVESTMENT COMPANY, LLC,
JOHN LICATA, and
HARVEY DENIS,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation of Dismissal With Prejudice** [#16], filed August 7, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation of Dismissal With Prejudice** [#16], filed August 7, 2006, is **APPROVED**; and

2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 7, 2006, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**